# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-CR-00538-PMP-GWF |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| THOR COOK, | ) | |
| Defendant. | ) | |

The Court having read and considered Defendant's Motion Requesting a Ninety (90) Day Extension to Self-Surrender (Doc. #27), Plaintiff's Opposition thereto (Doc. #28) and Defendant's Reply (Doc. #29), and finding that good grounds are presented warranting the relief requested,

**IT IS ORDERED that** Defendant's Motion Requesting a Ninety (90) Day Extension to Self-Surrender (Doc. #27) is **GRANTED** and Defendant's surrender day is hereby extended to and including February 12, 2012.

DATED: October 19, 2011.

_____
PHILIP M. PRO
United States District Judge