# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:10-CR-00538-PMP-GWF |
| Plaintiff, | ) |
| | ) **ORDER** |
| vs. | ) |
| | ) |
| THOR COOK, | ) |
| Defendant. | ) |

On January 26, 2012, the Court received the attached letter from Defendant Cook dated January 24, 2012.

**IT IS ORDERED** that the relief requested in Defendant Cook's letter is **DENIED** and that Defendant Cook shall self surrender to commence service of his sentence as previously ordered.

DATED: January 27, 2012.

_____
PHILIP M. PRO
United States District Judge

January 24, 2012

Dear Judge Pro,

My name is Thor Cook; I have been sentenced to 46 months in a federal medical facility. I was advised to write to you due to the fact that they have not yet found me a bed. If by January 30, 2012 I have not received word I will be sent to Pahrump holding facility, where I will not receive any physical therapy. And will be placed in segregation due to their inability to provide me with protection. As it is I am in need of another surgery to remove scar tissue and calcium build up in the shoulder. Any lapse in therapy will result in further damage and the possible lock up of the rotator cup. Upon my sentencing you requested my medical records in order to access my situation, which I have provided. I was told I could request a facility through you. I'm a level three offender, and Terminal Island in long beach California is a level three medical facility, it is my number one choice. It is in close proximity and will allow me to see my newborn son. My second choice would be Fort Worth, Texas.

As my last resort I was wondering if I could get a minimum thirty day extension. In order to give them more time to place me. I understand it takes longer for them to find me a place due to my needed medical care.

Sincerely,

Thor Cook

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
           Sheet 1

# UNITED STATES DISTRICT COURT

District of   Nevada

|  | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>THOR COOK | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number:    2:10-CR-538-PMP-GWF<br><br>USM Number:    45535-048<br><br>Steven B. Wolfson<br>Defendant's Attorney |

## THE DEFENDANT:

X pleaded guilty to count(s)    ONE OF THE INDICTMENT

☐ pleaded nolo contendere to count(s) _____
  which was accepted by the court.

☐ was found guilty on count(s) _____
  after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 922(g)(1) &<br>924(a)(2) | Felon in Possession of a Firearm | 9/5/2010 | 1 |

The defendant is sentenced as provided in pages 2 through ___6___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is  ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

8/1/2011
Date of Imposition of Judgment

Signature of Judge

PHILIP M. PRO, UNITED STATES DISTRICT JUDGE
Name and Title of Judge

August 2, 2011.

Date

AO 245B   (Rev. 09/08) Judgment in Criminal Case
     Sheet 2 — Imprisonment

DEFENDANT:          THOR COOK
CASE NUMBER:        2:10-CR-538-PMP-GWF

Judgment — Page   2   of   6

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**FORTY-SIX (46) MONTHS**

X   The court makes the following recommendations to the Bureau of Prisons:
    **The defendant be incarcerated in a federal medical facility.**

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at  _____   ☐  a.m.   ☐  p.m.   on  _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on  _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on  _____   to  _____

a  _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL